ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALEXANDER JOSE AVALO JIMENEZ,

Plaintiffs,

v.

WARDEN, ET AL.,

Respondents.

CASE NO. 1:26-CV-04128-NW

STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME FOR RELEASE UNTIL A SAFE RELEASE ARRANGEMENT IS MADE

On August 5, 2026, the Court lifted its no transfer order so that Petitioner could be transferred outside of the Eastern District of California for in-patient medical treatment. ECF 22. On August 11, 2026, the Court ordered Petitioner's immediate release. ECF 24. Due to Petitioner's current medical condition, the parties do not believe it would be safe to immediately release Petitioner without further coordinated assistance. Counsel for Respondents is working with Petitioner's counsel to arrange a release plan that potentially involves ICE-ERO transporting Petitioner back to his home state of Florida, where Petitioner's family can arrange to pick him up. Counsel for Respondents have been told that Petitioner will need medical professionals to accompany him on any flight to Florida. Respondents require time to make any such arrangement.

Accordingly, the parties hereby notify the Court that they stipulate and agree Petitioner should

not be released until a safe release arrangement is made. The parties are working to reach a mutually agreeable release plan as soon as possible. The parties will provide a further status update about the release plan by noon on Thursday, August 13, 2026.

Respectfully submitted,

Dated: August 12, 2026

ERIC GRANT
United States Attorney

By: /s/ Shelley D. Weger
SHELLEY D. WEGER
Assistant United States Attorney

/s/ MARISSA ROSENBERG-CARLSON
(with consent provided via email on 8/12/26)
MARISSA ROSENBERG-CARLSON
Counsel for Petitioner

~~[PROPOSED]~~ ORDER

The parties shall file an update about the status of Petitioner's release or the plan for his release by noon on August 13, 2026.

It is so ordered.

Date: August 12, 2026

Honorable NOEL WISE
UNITED STATES DISTRICT JUDGE